IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES, | 1:09-cv-02249-GSA-PC |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | and ORDER DIRECTING PAYMENT |
| S. WRIGHT, et al., | OF INMATE FILING FEE BY MARIPOSA COUNTY SHERIFF |
| Defendants. | |

Plaintiff, Bernard C. Hughes ("plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on December 29, 2009. (Doc. 1.) The filing fee for this action is $350.00. Plaintiff has made payment of $45.18, leaving a balance due of $304.82.[1]

Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff has made the showing required by § 1915(a) and accordingly, the application to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the $304.82 balance of the statutory filing fee for this action. 28 U.S.C. 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's

---

[1] On December 29, 2009, plaintiff made payments of $20.18 and $25.00. See Court Docket.

1

trust account.  Plaintiff is currently incarcerated at the Mariposa County Detention Facility in Mariposa, California.  The Mariposa County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the $304.82 balance of the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Mariposa County Sheriff or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $304.82 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Mariposa County Sheriff c/o Mariposa County Detention Facility, P.O. Box 727, Mariposa, California  95338; and

4. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust account statement for the six‑month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **January 15, 2010**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE