# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES, | 1:09-cv-02249-GSA-PC |
| Plaintiff, | ORDER GRANTING LEAVE TO AMEND COMPLAINT |
| v. | (Docs. 7, 8.) |
| CITY OF MARIPOSA, et al., | ORDER DIRECTING CLERK TO FILE FIRST AMENDED COMPLAINT |
| Defendants. | (Doc. 22.) |

**I.  BACKGROUND**

Plaintiff, Bernard C. Hughes ("Plaintiff"), is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on December 29, 2009. (Doc. 1.) On January 13, 2010, Plaintiff filed a motion for leave to amend the complaint. (Docs. 7, 8.) On February 9, 2010, Plaintiff submitted a proposed First Amended Complaint which was lodged by the court on the same date. (Doc. 22.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive

///

pleading has not been served and plaintiff has not previously amended his complaint. Therefore, plaintiff may file an amended complaint without leave of the court.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend his complaint is GRANTED; and
2. The Clerk of Court is DIRECTED to file the First Amended Complaint which was lodged by the court on February 9, 2010.

IT IS SO ORDERED.

Dated: **February 17, 2010**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE