# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES, | CASE NO. 1:09-cv-02249-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND GRANTING THIRTY (30) DAY EXTENSION TO FILE AMENDED COMPLAINT |
| v. | |
| CITY OF MARIPOSA, et al., | (Doc. 30) |
| Defendants. | |

Plaintiff Bernard C. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2010, Plaintiff filed a motion requesting an extension of time to file an amended complaint. (Doc. #30.) Good cause having been presented to the Court, the Court will grant Plaintiff an additional thirty (30) day extension to file an amended complaint. Any further requests for an extension must be accompanied by a persuasive showing of good cause. Plaintiff is forewarned that the failure to file an amended complaint or request an extension within thirty (30) days may result in the dismissal of this action.

Accordingly, it is HEREBY ORDERED that Plaintiff's amended complaint is due within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   December 9, 2010**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE