# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES, | CASE NO. 1:09-cv-02249-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 33, 34) |
| CITY OF MARIPOSA, et al., | |
| Defendants. / | |

Plaintiff Bernard C. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2010, Plaintiff filed a motion requesting a fourteen day extension of time to file an amended complaint as well as a motion requesting a copy of the court's file for this case. (Docs. #33, 34.)

The Court provided Plaintiff with a thirty day extension of time to file his amended complaint on December 9, 2010. (Doc. #32.) Since the extension was granted so recently, the Court will not grant Plaintiff another extension at this time. Plaintiff may file another request for an extension of the deadline when the deadline is more imminent, but Plaintiff must persuasively demonstrate why he is unable to meet the deadline.

Plaintiff's second motion requests a copy of the court file. Plaintiff claims that he did not receive his paperwork from his attorney. Plaintiff is advised that the Court does not provide copying services for litigants. Copies of documents may be obtained from the court file by contacting Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93728, 800-842-2695.

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is DENIED; and

2. Plaintiff's request for a copy of the court file is DENIED.

IT IS SO ORDERED.

**Dated:**     **December 17, 2010**                           /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE