# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MARIPOSA, et al.,<br><br>  Defendants. | CASE NO. 1:09-cv-02249-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO FILE SEPARATE COMPLAINT AND STRIKING THIRD AMENDED COMPLAINT<br><br>(ECF Nos. 40, 41, 42) |

Plaintiff Bernard C. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was screened and an order dismissing the complaint with leave to amend was issued on October 22, 2010. In the order dismissing the complaint Plaintiff was informed that he could not bring unrelated claims in this action.

On January 21, 2011, Plaintiff filed a second amended complaint and a motion for leave to file a separate complaint. A second motion for leave to file a separate complaint was filed and a third amended complaint was lodged on February 2, 2011. Plaintiff is seeking leave to file two complaints in this action. Plaintiff may not proceed on two separate complaints in a single action. Plaintiff's unrelated claims must be brought in a separate action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a separate complaint filed January 21, 2011, is DENIED;

2. Plaintiff's motion for leave to file a separate complaint filed February 2, 2011, is

1

        DENIED; and

3.    The third amended complaint lodged on February 2, 2011, is STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   April 27, 2011**                            /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE