# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MARIPOSA, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-02249-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, WITH PREJUDICE<br><br>(ECF No. 45)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO OPEN A NEW ACTION FOR THE COMPLAINT FILED FEBRUARY 2, 2011<br><br>(ECF NO. 42) |

Plaintiff Bernard C. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2011, an order was issued denying Plaintiff's motion to file a separate complaint and striking the third amended complaint. (ECF No. 44.) Plaintiff filed a motion for reconsideration on May 4, 2011. (ECF No. 45.)

Plaintiff states that in the order dismissing his complaint issued on October 22, 2010, he was ordered to file a separate complaint. Being concerned that there would be statute of limitations issues he filed the motion and separate complaint. He did not intend to file a third amended complaint in this action.

The Court will deny Plaintiff's motion for reconsideration. However, since it appears that Plaintiff was attempting to file a separate action alleging the claims that were dismissed in this case, the Court will order that a separate civil action be opened for the complaint filed February 2, 2011.

///

1 Based on the foregoing, it is HEREBY ORDERED that:

2 1. Plaintiff's motion for reconsideration filed May 4, 2011, is DENIED, with prejudice; and

4 2. The Clerk of the Court is directed to open a separate civil action for the complaint filed February 2, 2011.

IT IS SO ORDERED.

**Dated:   May 9, 2011**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE