1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**

8 EASTERN DISTRICT OF CALIFORNIA

9

10 BERNARD C. HUGHES,                    1:09-cv-02249-GSA-PC

11                                       ORDER PERMITTING PLAINTIFF
                    Plaintiff,           OPPORTUNITY TO WITHDRAW
12                                       OPPOSITION AND FILE AMENDED
         v.                              OPPOSITION IN LIGHT OF SEPARATELY
13                                       ISSUED NOTICE
                                         (Doc. 55.)
14 CITY OF MARIPOSA, et al.,
                                         THIRTY-DAY DEADLINE
15
                    Defendants.          ORDER VACATING MOTION TO DISMISS
16                                       FROM COURT'S CALENDAR TO ALLOW
                                         TIME FOR AMENDMENT OF OPPOSITION
17                                       AND REPLY
                                         (Doc. 53.)
18
19 _____/

20 I.      **BACKGROUND**

21         Plaintiff Bernard C. Hughes ("Plaintiff") is a prisoner proceeding pro se with this civil rights

22 action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on

23 December 29, 2009.  (Doc. 1.)  This action now proceeds with the Third Amended Complaint filed

24 on November 28, 2011, against defendants Brent, Bruner, and Beverage for deprivation of outdoor

25 exercise in violation of the Eighth Amendment.  (Doc. 49.)

26         On February 24, 2012, Defendants filed a motion to dismiss this action for failure to exhaust

27 administrative remedies.  (Doc. 53.) On March 19, 2012, Plaintiff filed an opposition to the motion.

28 (Doc. 55.)  On March 23, 2012, Defendants filed a reply to the opposition.  (Doc. 56.)

## II.    OPPORTUNITY FOR PLAINTIFF TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION, IF HE SO WISHES

In light of the recent decision in Woods v. Carey, 684 F.3d 934, 940 (9th Cir. 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion to dismiss for failure to exhaust remedies at the time the motion is brought, and the notice given in this case in December 2011 does not suffice.  By separate order entitled "Amended Second Informational Order - Notice and Warning of Requirements for Opposing Defendants' Motion to Dismiss," issued concurrently with this order, the Court has provided the requisite notice.  **The Court will not consider multiple oppositions,** however, and Plaintiff has two options upon receipt of the notice and this order. Plaintiff may either (1) stand on his previously-filed opposition filed on March 19, 2012 or (2) withdraw it and file an amended opposition.

## III.    CONCLUSION

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition to Defendants' motion to dismiss and file an amended opposition;

2.    If Plaintiff does not file an amended opposition in response to this order, his existing opposition, filed on March 19, 2012, will be considered in resolving Defendants' motion to dismiss;

3.    If Plaintiff elects to file an amended opposition, Defendants' existing reply, filed on March 23, 2012, will not be considered and they may file an amended reply pursuant to Local Rule 230(l); and

4.    In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar to allow time for the filing of an amended opposition and amended reply.

IT IS SO ORDERED.

Dated:    __August 23, 2012__          ___/s/ **Gary S. Austin**___
UNITED STATES MAGISTRATE JUDGE